IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| LOTUS SKY, LLC, | |
| Plaintiff, | |
| v. | 2:24-CV-085-Z-BR |
| LEXINGTON INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

**NOTICE**

Before the Court are two motions: the parties' Joint Stipulation of Dismissal with Prejudice as to Lexington Insurance Company (ECF No. 48), filed November 7, 2025, and the parties' Joint Stipulation of Dismissal with Prejudice as to Constitution Insurance Company (ECF No. 49), also filed November 7, 2025. The documents are both a "stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). "Except in special circumstances . . . a voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004). Thus, an order of this Court "approving the dismissal is of no consequence." *Meinecke v. H & R Block of Hous.*, 66 F.3d 77, 82 (5th Cir. 1995); *see also Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018) ("A stipulation of dismissal . . . strips the district court of subject-matter jurisdiction.").

Because Lexington Insurance Company and Constitution Insurance Company are the only two defendants, dismissing both of them results in the dismissal of the entire case. The parties agree: They write that "dismissal of this action and all of Plaintiffs' claims under Rule 41(a)(1)(A)(ii)[,] with prejudice, is appropriate." ECF No. 49 at 1. The Court thus **DIRECTS** the United States District Clerk to close the case.

The Court issues notice accordingly.

November 14, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2